**2016-1906**

United States Court of Appeals, Federal Circuit.

June 19, 2017

**Richard A. POPE, Petitioner**

**v.**

**DEPARTMENT OF the NAVY, Respondent**

**2016-2106**

United States Court of Appeals, Federal Circuit.

June 19, 2017

JACK BRADLEY JARRETT, III, Alan Lescht and Associates, PC, Washington, DC, argued for petitioner.

ALEXIS J. ECHOLS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD.

(Dyk, Reyna, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**